<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND<br>    *Petitioner*,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br>    *Respondents*.<br>-------------------------------------------------<br>AMERICAN CHEMISTRY COUNCIL, and AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS,<br>    *Petitioners*,<br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br>    *Respondent* | No. 23-1166<br>No. 23-1204 |

**JOINT MOTION TO GOVERN FURTHER PROCEEDINGS**

Petitioners Environmental Defense Fund ("EDF"), Petitioners American Chemistry Council ("ACC") and American Fuel & Petrochemical Manufacturers ("AFPM"), and Respondents United States Environmental Protection Agency ("EPA") and EPA Administrator Michael Regan hereby jointly submit the following proposal to govern further proceedings. As reflected below, the Parties reached agreement on the briefing schedule for this matter and respectfully request

that the Court issue an order adopting the Parties' proposals for the efficient resolution of these two consolidated cases.

EDF is challenging EPA's "Confidential Business Information Claims Under the Toxic Substances Control Act (TSCA)," 88 Fed. Reg. 37,155 (June 7, 2023) (hereinafter the "TSCA CBI Rule"). EDF filed its petition on June 29, 2023. On July 20, 2023, Respondent EPA filed an unopposed motion to extend the initial deadlines in light of the potential for other Parties to challenge the TSCA CBI Rule. Doc. No. 2008852. The Court granted the motion on July 28, 2023. Doc. No. 2010032. On July 31, American Chemistry Council moved to intervene in support of EPA. Doc. No. 2010263.

On August 4, 2023, ACC and AFPM, filed their own petition challenging EPA's TSCA CBI Rule in Case No. 23-1204. On August 9, 2023, this Court consolidated Case No. 23-1204 with Case No. 1166. Doc. No. 2011606. EDF has informed the Parties that it intends to move to intervene on behalf of EPA in Case No. 23-1204.

The Parties jointly propose the following schedule and brief lengths for further proceedings. The Parties do not propose changing any deadlines not addressed herein. All word limits for briefs other than Respondent EPA's Brief and Petitioners' Reply Brief are the limits set forth under the Federal Rules

2

Appellate Procedure and the D.C. Circuit's Rules. They are included here for convenience and clarity.

| | |
|---|---|
| Petitioner Briefs: | November 8, 2023<br>13,000 words |
| Respondent EPA's Brief: | January 26, 2024<br>20,000 words |
| Intervenor Briefs:<br>(If intervention granted) | February 9, 2024<br>9,100 words |
| Petitioner Reply Briefs | March 22, 2024<br>10,000 words |

The Parties believe this schedule is appropriate because this consolidated case encompasses two petitions for review, has Parties with differing interests, and presents complex issues.

Respondent EPA requests an enlarged word count for its brief because it will be responding to two separate petitions, likely involving different aspects of the TSCA CBI Rule, totaling 26,000 words. Respondent EPA believes that the standard page limit of 13,000 would not permit it to fully address all of the issues contained in Petitioners' two opening briefs. Accordingly, Respondent EPA requests 20,000 words for its brief.

Petitioners request an enlarged word count of 10,000 words for their reply briefs because they will be replying both to EPA and to opposing intervenors and (presuming the Court grants intervention motions in cases 23-1166 and 23-1204),

and believe that the standard page limit of 6,500 words would not permit it to fully address all of the issues contained in both EPA's and intervenors' briefs.

For the foregoing reasons, the Parties respectfully request that the Court enter a Scheduling Order governing future proceedings in accordance with the above-outlined framework.

Dated: August 25, 2023                                    Respectfully submitted,

<u>/s/Phillip R. Dupré</u>
PHILLIP R. DUPRE
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 616-7501
phillip.r.dupre@usdoj.gov

*Counsel for Respondents EPA and Administrator Michael Regan*


<u>/s/ Samantha Liskow</u>
Samantha Liskow
Colin Parts
ENVIRONMENTAL DEFENSE FUND
257 Park Ave S
New York, NY 10010
(212) 616-1247
sliskow@edf.org
*Counsel for Petitioner EDF*

<u>/s/ David Y. Chung</u>
David Y. Chung
Warren Lehrenbaum
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
dchung@crowell.com
wlehrenbaum@crowell.com

*Counsel for Petitioners American Chemistry Council and American Fuel & Petrochemical Manufacturers*

# CERTIFICATE OF COMPLIANCE WITH
# FEDERAL RULE OF APPELLATE PROCEDURE 27(D)

I hereby certify that the Joint Motion to Govern, filed August 25, 2023, complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

I further certify that this brief complies with the limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 504 words, according to Microsoft Word.

<u>*/s/ Phillip R. Dupré*</u>
PHILLIP R. DUPRÉ
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 616-7501
phillip.r.dupre@usdoj.gov

*Counsel for Respondents Environmental Protection Agency and Michael Regan*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2023, I have served the foregoing **Joint Motion to Govern** on all registered counsel through the Court's electronic filing system (ECF).

*/s/ Phillip R. Dupré*
PHILLIP R. DUPRÉ
