

DJ No. 90-5-1-7-22453

U.S. Department of Justice

Environment and Natural Resources Division

*Phillip R. Dupré*
*Environmental Defense Section*　　　　　　　　　　　　　　　　　　　　　*Telephone (202) 598-9530*
*P.O. Box 7611*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Facsimile (202) 514-8865*
*Washington, DC  20044*

October 2, 2024

Clerk, Mark Langer
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 20001

　　　　Re: Follow-up to Oral Argument in Case No. 23-1166

Dear Clerk Langer,

　　　At oral argument in this matter on September 24, 2024, the undersigned counsel was asked by Judge Pan about the claim by Petitioner Environmental Defense Fund that the Environmental Protection Agency ("EPA") replaced regulatory language that was definitive regarding disclosure of confidential business information with regulatory language that was equivocal regarding such disclosure.  In particular, Judge Pan asked where in EPA's Response to Comments EPA addressed these changes.  These questions were asked at the 1:53:55 mark in the YouTube recording of the argument.  Counsel was unable to recall the portions of the Response to Comments addressing those issues, but now wishes to inform the Court that EPA addressed those issues in the Response to Comments at JA254 under the heading of Unit 15 and at JA259 under the heading of Unit 22.  *See also* EPA Brief at §I(c)(3), pp. 52-54 (Document No. 2049313).

　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　*/s/Phillip R. Dupré*
　　　　　　　　　　　　　　　　　　　　　Phillip R. Dupré
　　　　　　　　　　　　　　　　　　　　　Counsel for Respondents