# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 23-1166**                    **September Term, 2024**

FILED ON: DECEMBER 20, 2024

ENVIRONMENTAL DEFENSE FUND,
                    PETITIONER

v.

ENVIRONMENTAL PROTECTION AGENCY AND MICHAEL REGAN, ADMINISTRATOR OF THE UNITED
STATES ENVIRONMENTAL PROTECTION AGENCY,
                    RESPONDENTS

AMERICAN CHEMISTRY COUNCIL,
                    INTERVENOR

———————————————————

Consolidated with 23-1204

———

On Petitions for Review of a Final Action
of the Environmental Protection Agency

———

Before: WALKER and PAN, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

## J U D G M E N T

These causes came to be heard on the petitions for review of a Final Action of the
Environmental Protection Agency and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that American Chemistry Council's and American Fuel and
Petrochemical Manufacturers' petition for review be granted; the Environmental Defense Fund's
petition for review be denied; and the CBI Rule be vacated insofar as it requires entities reporting by
non-confidential accession numbers and without knowledge of the underlying chemical identity to
assert CBI claims for the underlying chemical identity in order to maintain the chemical identity's
confidentiality, in accordance with the opinion of the court filed herein this date.

## Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/

Michael C. McGrail
Deputy Clerk

Date: December 20, 2024

Opinion for the court filed by Senior Circuit Judge Edwards.